IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CR373-1-W

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | ORDER |
| ) | |
| DONALD ALFRED DUNCAN, and ) | |
| IAN TIMOTHY BARKER, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the "Motion for Admission Pro Hac Vice" (document #2) filed September 5, 2006, requesting admission of Stephen Michael Joseph to represent the Defendant Donald Alfred Duncan. For the reasons set forth therein, the motion will be **GRANTED**.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: September 5, 2006

*Carl Horn, III*

Carl Horn, III
United States Magistrate Judge