| Name of Victim | Loss Amount as Reported by Victim |
|---|---:|
| Andrews, Martha O. | $1,000.00 |
| Arnold, Glenda Michelle | $3,293.00 |
| Banks, Eva E. | $8,854.00 |
| Bergerson, Sheryl | $36,300.00 |
| Bernskoetter, Ethel | $27,905.00 |
| Black, Emma | $1,200.00 |
| Bohr, Gloria | $1,909.00 |
| Boucher, Kathryn A. <br> c/o Edward J. Boucher | $1,650.00 |
| Breedlove, Robert V. | $3,554.00 |
| Brown, Julia <br> (no return address included) <br> *Reported lost income and transportation* <br> *(no amount specified)* | $00.00 |
| Brown, Thomas L. | $800.00 |
| Burns, Joseph W. (deceased) <br> c/o Hinman, Jill (daughter) | $40,000.00 |

| Name of Victim | Loss Amount as Reported by Victim |
|---|---:|
| Burns, Kim | $795.00 |
| Butler, David Michael | $7,000.00 |
| Carter, Naomi Marshall | $5,075.00 |
| Castellano, Kittybel | $3,500.00 |
| Cleary, Jacqueline N. | $3,200.00 |
| Craig, Rosetta | $3,135.00 |
| Crumpton, Charles L. & Joyce | $72,905.00 |
| DeBoice, Lucille R. | $1,000.00 |
| DeSalvo, Karl Nicholas | $22,600.00 |
| Dhadwal, Nancy L. and Fuller, Johanna (deceased) | $279,000.00 |
| Di Pietro, Lois A. | $7,600.00 |
| Dunlap, Laura | $3,300.00 |
| Eng, Harry | $3,000.00 |
| Fink, Josephine Ann | $9,117.00 |
| Goode, Donna L. | $5,260.00 |
| Gursten, Ursela Judith | $20,839.00 |
| Hanken, Rose | $7,850.00 |
| Harner, Cindy | $1,800.00 |
| Henderson, Darla | $5,835.00 |
| Henry, Robert | $30,000.00 |
| Hilleary, Dustin L | $5,000.00 |
| Hintz, Llewellyn R. | $83,687.00 |
| Irwin, Tessa D. | $1,223.00 |
| Jackson, Harvey J. | $3,700.00 |
| Johnson, Jean | $5,000.00 |

| Name of Victim | Loss Amount as Reported by Victim |
| --- | --- |
| Jordan, Roger W. | $5,400.00 |
| Key, Charles R. | $8,467.00 |
| Knoepfle, DeVona | $10,000.00 |
| Lawrence, Ruby L. | $1,200.00 |
| Longsine, Norma | $19,354.00 |
| Lubin, Gary | $53,080.00 |
| Lussier, Real A. Lussier<br>Hawk, Johanna Hawk<br>(daughter/power of attorney) | $5,856.00 |
| McClung, Doris | $16,000.00 |
| McCracken, Terry | $28,455.00 |
| McMillin, Gerald R. | $2,039.00 |
| Medlar, Margery | $143,000.00 |
| Ninneman, Lillian M. (deceased)<br>Poecker, Rosemary (niece) | $550,000.00 |
| Picalia, Peter | $3,000.00 |
| Pilgrim, Chris | $18,000.00 |
| Rosenoff, Alice E. | $29,244.00 |
| Ryan, Lorraine D. | $17,000.00 |
| Samha, Othman A. | $1,800.00 |
| Sellmann, Ingrid (deceased)<br>Sellmann, David<br>c/o Sullivan, Gail | $55,210.00 |
| Smith, Nevin L. (deceased)<br>Smith, Janice L. | $26,728.00 |
| Speck, Michelle | $10,659.00 |
| Strozak, Betty C. | $3,000.00 |
| Varvel, Sandra | $7,000.00 |

| Name of Victim | Loss Amount as Reported by Victim |
|---|---:|
| Wood, Leota J. *Reported emotional duress, but did not list a monetary figure* | $00.00 |
| Yen, Samuel S.C. (deceased) Miller, Carol (trustee) | $16,000.00 |
| Zaidi, Iftakhar | $49,219.00 |
| Zandt, Mario Van *Reported emotional duress, but did not list a monetary figure.* | $0.00 |
| **TOTAL** | $1,797,597.00 |