IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:06CR373-FDW
3:07cr48-FDW

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> IAN BARKER <br><br> Defendants. | **ORDER ON JOINT MOTION TO MODIFY** |

THIS MATTER is before the Court on a joint motion by the United States and the Defendant to modify the Court's Order Holding Defendant in Civil Contempt (Document 63, July 1, 2010, 3:06cr373).

Having reviewed the motion, and for the reasons stated therein and for other good cause, the motion is GRANTED. The Defendant is hereby found to have purged himself of civil contempt. Accordingly, the Court orders the Bureau of Prisons to re-compute the Defendant's sentence to time-served plus up to ten days.

IT IS FURTHER ORDERED that the Defendant shall be released from the custody of the Federal Bureau of Prisons as soon as release plans and travel arrangements can be made, not to exceed ten days from the date of this order.

IT IS SO ORDERED.

Signed: June 22, 2016

Frank D. Whitney
Chief United States District Judge